**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar No. 207387
  Email: *Decker@luch.com*
Diana Nguyen, State Bar No. 336954
  Email: *DNguyen@luch.com*
200 South Los Robles Avenue, Suite 500
Pasadena, California 91101-2432
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>              Plaintiffs,<br><br>       v.<br><br>CLASSIC STREET SWEEPING LLC, a California limited liability company,<br><br>              Defendant. | Case No.: 8:23-cv-02429-FWS-JDE<br><br>Assigned to the Honorable Fred W. Slaughter<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>[Fed. R. Civ. Proc. 55(b)(2)]<br><br>**FILED SEPARATELY, CONCURRENTLY AND IN SUPPORT THEREOF:**<br>  1. **MEMORANDUM OF POINTS AND AUTHORITIES;**<br>  2. **DECLARATION OF BERNARDO RAMOS;**<br>  3. **DECLARATION OF IGAL KHOSHLESAN;**<br>  4. **DECLARATION OF DIANA NGUYEN; AND**<br>  5. **[PROPOSED] JUDGMENT.**<br><br>Hearing Date<br>Date:    June 6, 2024<br>Time:   10:00 a.m.<br>Ctrm:   10D<br>             411 W. 4th St.<br>             Santa Ana, CA 92701 |

1

**NOTICE OF MOTION & MOTION FOR DEFAULT JUDGMENT**

1845626

1  TO THE HONORABLE FRED W. SLAUGHTER, THE CLERK OF THE UNITED
2  STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, AND
3  DEFENDANT, CLASSIC STREET SWEEPING, LLC:

4  **PLEASE TAKE NOTICE** that on June 6, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund, will, and hereby do, move the Court in Courtroom 10D located at 411 West 4th Street, Santa Ana, CA 92701, before the Honorable Fred W. Slaughter, United States District Judge, for entry of default judgment in favor of Trustees and against Defendant, Classic Street Sweeping LLC, a California limited liability company, for the an order requiring Defendant to produce documents necessary for Trustees to conduct a compliance audit.

This motion will be made on the grounds that the complaint in this action was filed on December 21, 2023, and served on Defendant on February 22, 2024. The declaration of service was filed on February 28, 2024. No answer or other response to the complaint has been filed.

Defendant is a limited liability company and this motion does not seek a default judgment against an infant or incompetent person, nor does the Soldiers' and Sailors' Relief Act of 1940 or the Service members' Civil Relief Act apply in this action.

///
///
///
///
///
///

This motion will be based on this notice of motion and motion, the declarations of Bernardo Ramos, Igal Khoshlesan, and Diana Nguyen, the memorandum of points and authorities filed herewith, the proposed judgment lodged herewith, and on all the pleadings and documents on file herein.

DATED: April 25, 2024,   LAQUER, URBAN, CLIFFORD & HODGE LLP

By: /s/ - *Diana Nguyen*
Diana Nguyen, Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.