JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATIONHOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, <br><br> Plaintiffs, <br><br> v. <br><br> CLASSIC STREET SWEEPING LLC, <br><br> Defendant. | Case No. 8:23-cv-02429-FWS-JDE <br><br> Assigned to the Hon. Fred W. Slaughter <br><br> **JUDGMENT** |

///

///

///

1

# JUDGMENT

On September 10, 2024, the court granted Plaintiffs Trustees of the Operating Engineers Pension Trust, Plaintiff Trustees of the Operating Engineers Health and Welfare Fund, Plaintiff Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Plaintiff Trustees of the Operating Engineers Training Trust, Plaintiff Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Plaintiff Engineers Contract Compliance Committee Fund, Plaintiff Southern California Partnership for Jobs Fund (collectively, "Plaintiffs") Motion for Default Judgment against Defendant Classic Street Sweeping LLC ("Defendant"). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. Plaintiffs shall recover from Defendant the principal amount of $19,860.46 (comprised of $18,362.00 in attorneys' fees, $681.46 in litigation expenses, and $817.00 in costs), plus post-judgment interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of the judgment herein until paid in full.

2. Defendant shall make available to Plaintiffs by October 10, 2024, the following records to complete an audit of Defendant:

    a. All employee time cards, time sheets, payroll records and compensation records maintained in the course of business of Defendant, for the time period from April 1, 2023, through the date of production.

    b. All copies of Employer's Quarterly Federal Tax Returns (Form 941) maintained in the course of business of Defendant, for the time period from April 1, 2023, through the date of production.

    c. All copies of all Federal Form W-2 Statements to Employees maintained in the course of business of Defendant for the time period from April 1, 2023, through the date of production.

d. All copies of all Federal Form W-3 Reconciliation of Income Tax Withheld and Transmittal of W-2 Forms maintained in the course of business of Defendant, for the time period from April 1, 2023, through the date of production.

e. All copies of all Federal Form 1099 Miscellaneous Income Statements and Federal Form 1096 Reconciliation and Transmittal of 1099 Forms maintained in the course of business of Defendant, for the time period from April 1, 2023, through the date of production.

f. All copies of all Employer's Quarterly State of California Tax Returns (DE-3) maintained in the course of business of Defendant, for the time period from April 1, 2023, through the date of production.

g. All cash disbursement journals and check registers maintained in the course of business of Defendant, relating to the time period from April 1, 2023, through the date of production.

h. All daily job logs, diaries or foreman reports maintained in the course of business of Defendant, relating to the time period from April 1, 2023, through the date of production.

i. All invoices for materials, labor or services provided to Defendant, relating to the time period from April 1, 2023, through the date of production.

j. All canceled checks drawn on any account of Defendant, and all monthly bank statements of Defendant, relating to the time period from April 1, 2023, through the date of production.

k. All written agreements between Defendant, and any labor union for the time period of April 1, 2023, through the present.

l. All correspondence between Defendant, and any Trustee, representative, agent or employee of any of the Trusts relating to the time period from April 1, 2023, through the date of production.

m. All correspondence between Defendant, and any representative, agent or employee of the International Union of Operating Engineers, Local Union No. 12, or of any local union of the International Union of Operating Engineers, relating to the time period from April 1, 2023, through the date of production.

n. All monthly fringe benefit reports to any trust fund for reporting hours and fringe benefits on employees of Defendant, during the period of April 1, 2023, through the date of production.

o. All employee hour summaries prepared by or on behalf of any employees working for Defendant, during the period of April 1, 2023, and the date of production.

p. All daily job tickets, billings, and invoices of Defendant, relating to the time period from April 1, 2023, through the date of production.

q. All documents submitted by Defendant, to any general contractor or public contracting agency, including but not limited to all certified payrolls for public projects, which documents show the name, type of work, number of hours of work and specific jobsite location with regard to each employee of Defendant, who performed work during the time period from April 1, 2023, through the date of production.

r. All subcontracts entered into between Defendant, and any third party during the time period from April 1, 2023, through the date of production.

s. All job or project lists or charts prepared or used by Defendant, for the time period from April 1, 2023, through the date of production.

t. Copies of any and all lists of equipment owned, operated or leased by Defendant, for the time period from April 1, 2023, through the date of production.

u. Any and all evidence of any ownership or leasehold interest of Defendant, to include but not limited to bills of sale, lease agreements, pink slips, or any other record of title or leasehold interest, in any vehicle, equipment or machinery relating to the time period from April 1, 2023, through the date of production.

v. All documents relating to ownership, leases or rights to use of real property, offices, or yard locations by Defendant, for the time period from April 1, 2023, through the date of production.

w. All company telephone lists prepared or used by Defendant, for the time period from April 1, 2023, through the date of production.

x. All documents relating to any transfer, assignment or sale of contracts or work by Defendant, to any other person or entity relating to the time period from April 1, 2023, through the date of production.

y. All documents relating to all loans taken out by Defendant, including but not limited to all documents relating to the security for said loans, during the time period from April 1, 2023, through the date of production.

z. All documents relating to all insurance policies in effect for Defendant, at any time from April 1, 2023, through the date of production.

aa. All originals and non-conforming documents relating to the formation of Defendant.

Dated: September 10, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE